IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR324 |
| V. | ) | |
| | ) | JUDGMENT |
| DANTE J. VASSER, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant.

DATED this 10th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge